# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127503
& (41)
(43)
(44)

POLICE OFFICERS ASSOCIATION
OF MICHIGAN
      Plaintiff-Appellee,

v

                                  SC: 127503
                                  COA: 244919

OTTAWA COUNTY SHERIFF,
OTTAWA COUNTY, and OTTAWA
COUNTY BOARD OF COMMISSIONERS,
      Defendants-Appellants.
                                  Ottawa CC: 02-042460-CZ

_____/

      On order of the Court, the application for leave to appeal the October 14, 2004 judgment of the Court of Appeals is considered, and we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). We DIRECT the parties to file supplemental briefs within 28 days of the date of this order, addressing (1) whether the Act 312 arbitration panel identified the economic issues in dispute and properly rejected plaintiff's request to add new issues in accordance with the plain language of MCL 423.238, and (2) whether a reviewing court has authority to direct the arbitration panel to reconsider its determination of the "economic issues in dispute" in light of the conclusive authority granted to the arbitration panel in MCL 423.238. The motion for leave to file late reply is DENIED. The motions for leave to file brief amicus curiae are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2005
_____                  _____
                                                     Clerk